PEOPLE v COLEMAN.  Appeal from Recorder's ·Court of Detroit, Joseph A. Gillis, J.  Submitted Division 1 November 16, 1971, at Lansing.  (Docket No. 12199.)  Decided December 9, 1971.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Arthur N. Bishop*, Assistant Prosecuting Attorney, for the people.

*George Stone*, for defendant on appeal.

Before: BRONSON, P. J., and QUINN and DANHOF, JJ.

MEMORANDUM OPINION.  Defendant was convicted on plea of guilty to unauthorized use of a motor vehicle without intent to steal, and appeals.  The people have filed a motion to affirm.

Upon examination of the briefs and record it is manifest that the questions sought to be reviewed are so unsubstantial as to need no argument or formal submission.

Motion to affirm granted.